UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVAREZ CAMILA SANCHEZ,

         Petitioner,  CRIMINAL CASE NO. 00-50008-01
                CIVIL CASE NO. 04-40311
v.

UNITED STATES OF AMERICA,  HONORABLE PAUL V. GADOLA
                 U.S. DISTRICT COURT

         Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court is Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and the Report and Recommendation of the Honorable Wallace Capel, Jr., United States Magistrate Judge. The Magistrate Judge recommends that this Court deny Petitioner's motion to vacate. The Magistrate Judge filed the Report and Recommendation on November 17, 2006 and notified all the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately December 6, 2006. Neither party filed objections to the Report and Recommendation.

The Court's standard of review for a Magistrate Judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Since neither party has filed objections to the

Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry 112] is **ACCEPTED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 [docket entry 108] is **DENIED**.

**IT IS FURTHER ORDERED** that if Petitioner desires to seek a certificate of appealability ("COA"), Petitioner may file a **MOTION** for a COA within **TWENTY-ONE (21) DAYS** of filing a Notice of Appeal and shall support this motion with an appropriate brief, both of which shall comply with the Local Rules of this Court. *See Castro v. United States*, 310 F.3d 900, 903 (6th Cir. 2002) ("We do encourage petitioners as a matter of prudence to move for a COA at their earliest opportunity so that they can exercise their right to explain their argument for issuance of a COA."). The Government may file a response with an appropriate brief, both of which shall comply with the Local Rules, within **FOURTEEN (14) DAYS** of service of Petitioner's motion for a COA.

**SO ORDERED.**

Dated:   January 31, 2007                              s/Paul V. Gadola
                                                       HONORABLE PAUL V. GADOLA
                                                       UNITED STATES DISTRICT JUDGE

| Certificate of Service |
|---|
| I hereby certify that on   January 31, 2007  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:                             James C. Mitchell                 , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:       Alvarez Camila Sanchez                  .<br><br>                                                       s/Ruth A. Brissaud<br>                                                       Ruth A. Brissaud, Case Manager<br>                                                       (810) 341-7845 |